20SL-CC05005

Electronically Filed - St Louis County - October 01, 2020 - 12:20 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

MIKE SABO,
    Plaintiff,

v.

PULSE THERAPEUTICS, INC.
    Defendant.

Cause No.:

Division No.:

**PETITION FOR DAMAGES -
BREACH OF CONTRACT**

    COMES NOW Plaintiff, by and through his attorney(s), Paul J. Evans, of Evans Law Firm, P.C., and for his Petition for his Complaint for Breach of Contract, states as follows:

1. Plaintiff is a male citizen residing in Monroe County, Illinois. Pursuant to an Employment Agreement (hereinafter "Agreement" or "Contract") with Defendant Pulse, Plaintiff was employed by Defendant from January 21, 2009 until his termination on April 22, 2019, initially as the Senior Technology Engineer. At the time of his termination, Plaintiff held the title of Research and Development Director.

2. Defendant Pulse is a corporation in good standing with the Missouri Secretary of State. At all times relevant herein, Defendant maintained offices for conducting its usual and customary business in St. Louis County and in the City of St. Louis.

3. Venue in this Court is proper pursuant to Mo. Rev. Stat. § 508.010.2(1), in that this is a non-tort action, Defendant is located in St. Louis County, and this is the venue agreed to by the parties pursuant to agreement.

4. Pursuant to Section 6 of the Agreement, Plaintiff was an "at-will" employee, and either party to these proceedings had the right to terminate employment at any time for any reason.

5. Pursuant to Section 1 of the Agreement, Plaintiff was to receive an annual base salary equivalent of $85,000.00 plus health and dental insurance in semimonthly installments.

Exhibit A

6. On or about January 12, 2018, the parties to these proceedings conducted a meeting in which Defendant guaranteed Plaintiff a $5,000.00 bonus to maintain confidentiality of same. Plaintiff has performed his portion of the agreement, yet Defendant has refused to pay the bonus to Plaintiff.

7. On or about March 29, 2018, Defendant guaranteed Plaintiff a $20,000 bonus for each grant written by Plaintiff and approved by the National Health Institute (NIH). Plaintiff wrote two grants, each of which were approved by the NIH. Yet, to date, Defendant has not tendered payment to Plaintiff in the amount $40,000, which is owing and due.

8. Beginning in 2010, the parties mutually agreed that Plaintiff would defer a portion of his Base Salary. Accordingly, a portion of Plaintiff's Base Salary was deferred for many years up to and including early 2019. To date, Defendant owes Plaintiff deferred salary in the amount of $107, 543.72.

9. By letter dated April 22, 2019, Plaintiff terminated his employment pursuant to the Agreement and made demand for final pay.

10. Pursuant to the Missouri Revisor of Statutes, Section 290.110, if an employer fails to remit final pay to a discharged employee within seven days of written demand made by the discharged employee, "the wages of the servant or employee shall continue from the date of the discharge or refusal to further employ, at the same rate until paid; provided, such wages shall not continue more than sixty days." Consequently, Defendant owes Plaintiff $7,083.33 in additional wages.

11. At the time Plaintiff terminated his employment, and to date, Defendant had not paid or reimbursed Plaintiff any of the Base Salary which was deferred, nor paid him the promised $5,000 bonus for confidentiality, or $40,000 bonus for successfully acquiring two grants from the NIH.

12. At no time did Plaintiff waive his right to the deferred salary or bonuses, and the deferred salary and bonuses are debts owed to Plaintiff by Defendant.

13. Defendant's failure and refusal to pay Plaintiff his deferred salary and severance constitutes a breach of contract.

14. To date, Defendant owes to Plaintiff a combined total, from deferred salary and bonuses, of $159,627.05. Said amount is inclusive of interest due and owing pursuant to Missouri statute.

WHEREFORE, Plaintiff prays this Court find for Plaintiff and against Defendant, and enter judgment for Plaintiff in the amount of $159,627.05 for Defendant's breach of contract, plus prejudgment interest on same; that this Court award Plaintiff his attorney's fees and costs of litigation if Plaintiff prevails on his claim, and for such other relief that this Court deems just and proper.

Respectfully submitted,

*/s/ Paul Evans*

PAUL EVANS, #38470
Evans Law Firm, P.C.
817 West U.S. Highway 50
O'Fallon, IL 62269
(618) 628-9092 | Telephone
(618) 628-9823 | Facsimile
paulevans@evanslawfirmpc.com

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

MIKE SABO,
       Plaintiff,

v.                                           Cause No.: 20-SL-CC05005

PULSE THERAPEUTICS, INC.
       Defendant.

**REQUEST FOR ISSUANCE OF SUMMONS**

COMES NOW Plaintiff, by and through his attorney(s), Paul J. Evans, of Evans Law Firm, P.C., and for his Request for Issuance of Summons, states as follows:

1. Plaintiff filed his complaint on October 1, 2020.

2. Plaintiff requests a Summons be issued on the Defendant at the following address:

Pulse Therapeutics,
20 S. Sarah
St. Louis, Missouri 63108

                                                    Respectfully submitted,

                                                    /s/ Paul J. Evans
                                                    PAUL EVANS, #38470
                                                    Evans Law Firm, P.C.
                                                    817 West U.S. Highway 50
                                                    O'Fallon, IL 62269
                                                    (618) 628-9092 | Telephone
                                                    (618) 628-9823 | Facsimile
                                                    paulevans@evanslawfirmpc.com



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>KRISTINE A KERR | Case Number: 20SL-CC05005 |
|---|---|
| Plaintiff/Petitioner:<br>MIKE SABO<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>PAUL JOSEPH EVANS<br>EAGLE CENTER OFFICES<br>6 EAGLE CENTER SUITE 3<br>BELLEVILLE, IL  62269 |
| Defendant/Respondent:<br> PULSE THERAPUTICS INC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Contract-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** PULSE THERAPUTICS INC
**Alias:**
20 S. SARAH
ST. LOUIS, MO 63108



*COURT SEAL OF*
*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**19-OCT-2020**
  Date

_____
                                                            Clerk

**Further Information:**
LG

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
       Printed Name of Sheriff or Server                                                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)     Subscribed and sworn to before me on _____ (date).

My commission expires: _____  _____
                                                    Date                                                              Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees, if applicable** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |
| A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54. | | |

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

**Process Servers Inc.**
111 West Washington Street
Belleville, Illinois - 62220
(618) 277-4410
License # 117-000823

Case # 20SL-CC05005

## RETURN OF SERVICE

I, the undersigned employee of Process Servers Inc., a duly registered and qualified Private Investigator, licensed by the State of Illinois, being duly sworn in on my Oath, state that I served the attached __Summons__ on the __30th__ day of __Oct__, 2020, at the hour of __9:45 AM__ on __Sean C. Morris__ (Chief Executive Officer) whom I would describe as follows: Sex __M__, Race __W__, Age __48__.

I served the same at the following address: __Hilton St Louis Frontenac Parking Lot 1335 S. Lindbergh Blvd St Louis, Mo 63131__

If served on someone other than the Defendant at the usual place of abode, please complete:
I served the same upon a person residing in the house hold of _____ informing the person of the Contents of the Summons, and I further placed a copy of said Summons in a sealed envelope with postage fully prepaid and addressed same to Defendant at his or her place of abode.

Please complete if service was not made:
I was unable to serve the Defendant for the following reason:

SUBSCRIBED AND SWORN TO before me this __31st__ day of __Oct__, 20.20

OFFICIAL SEAL
JAMES A MOUREY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/06/22

NOTARY PUBLIC



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: KRISTINE A KERR | Case Number: 20SL-CC05005 |
|---|---|
| Plaintiff/Petitioner: MIKE SABO | Plaintiff's/Petitioner's Attorney/Address PAUL JOSEPH EVANS EAGLE CENTER OFFICES 6 EAGLE CENTER SUITE 3 BELLEVILLE, IL 62269 |
| vs. | |
| Defendant/Respondent: PULSE THERAPUTICS INC | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Contract-Other | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: PULSE THERAPUTICS INC
Alias:
20 S. SARAH
ST. LOUIS, MO 63108



COURT SEAL OF
ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

19-OCT-2020
Date                                                                 Clerk

Further Information:
LG

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
Sean C. Morris (owner) Pulse Theraputics, Inc Chief Executive Officer (title).
☐ other  W/M/48  578-944-3367
Served at Hilton St Louis Frontenac 1335 S. Lindbergh Blvd (address)
in 63131 (County/City of St. Louis), MO, on 10/30/2020 (date) at 9:45 AM (time).

Tim Pennebaker #8
Printed Name of Sheriff or Server         Signature of Sheriff or Server #8

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 10/31/2020 (date).

OFFICIAL SEAL
JAMES A MOUREY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/06/22

My commission expires: 8-6-2022
Date                                          Notary Public